Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.:  20−12910−JNP
                    Chapter:  13
                    Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Justin F. Pfeffer
   214 Essex Street
   Gloucester City, NJ 08030

Social Security No.:
   xxx−xx−8422

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:              5/6/20
Time:            09:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 17, 2020
JAN: kaj

                                          Jeanne Naughton
                                          Clerk, U. S. Bankruptcy Court

```
                      United States Bankruptcy Court
                           District of New Jersey
```

In re:                                                          Case No. 20-12910-JNP
Justin F. Pfeffer                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin                 Page 1 of 2           Date Rcvd: Mar 17, 2020
                              Form ID: 132                Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2020.
```
db             +Justin F. Pfeffer,    214 Essex Street,    Gloucester City, NJ 08030-1009
cr             +PNC BANK, NATIONAL ASSOCIATION,    PO BOX 94982,    CLEVELAND, OH 44101-4982
518725052     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
518725054      +Citibank/Sears,    Attn: Bankruptcy,    Po Box 6275,    Sioux Falls, SD 57117-6275
518725055      +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
518725056      +Credit First National Association,    Attn: Bankruptcy,    Po Box 81315,
                 Cleveland, OH 44181-0315
518765798      +Denise Carlon Esquire,    KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,
                 Westmont, NJ 08108-2812
518725057      +Gloucester City Tax Collector,    512 Monmouth Street,    Gloucester City, NJ 08030-1793
518746032      +Martone & Uhlmann,    777 Passaic Avenue, Suite 535,    Clifton, NJ 07012-1874
518725059      +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
518725061      +State of New Jersey Division of Taxation,    50 Barrack Street,    Trenton, NJ 08695-0001
518725062      +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV   PO Box 9475,
                 Minneapolis, MN 55440-9475
518725063      +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 18 2020 01:05:35     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 18 2020 01:05:29     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518725053      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 18 2020 01:00:07     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518725058      +E-mail/Text: bncnotices@becket-lee.com Mar 18 2020 01:04:30     Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
518726390      +E-mail/PDF: gecsedi@recoverycorp.com Mar 18 2020 00:59:05     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518763102      +E-mail/Text: bncmail@w-legal.com Mar 18 2020 01:05:45     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518746050*     +Martone & Uhlmann,    777 Passaic Avenue, Suite 535,    Clifton, NJ 07012-1874
518725060*     +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor   PNC Mortgage, a Division of PNC Bank, National
               Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Frank J Martone    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bky@martonelaw.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Lee Martin Perlman    on behalf of Debtor Justin F. Pfeffer ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Mar 17, 2020
                              Form ID: 132               Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 5