Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20–12910–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Justin F. Pfeffer
   214 Essex Street
   Gloucester City, NJ 08030

Social Security No.:
   xxx–xx–8422

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/1/20.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 2, 2020
JAN: kvr

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 20-12910-JNP
Justin F. Pfeffer                                                   Chapter 13
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                Page 1 of 2             Date Rcvd: Jul 02, 2020
                               Form ID: 148               Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2020.
db             +Justin F. Pfeffer,    214 Essex Street,    Gloucester City, NJ 08030-1009
518821527       Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD 57108-5027
518765798      +Denise Carlon Esquire,    KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,
                 Westmont, NJ 08108-2812
518725057      +Gloucester City Tax Collector,    512 Monmouth Street,    Gloucester City, NJ 08030-1793
518813363      +Greymorr LLC,   c/o Pellegrino & Feldstein, LLC,    290 Route 46 West,    Denville, NJ 07834-1239
518746032      +Martone & Uhlmann,    777 Passaic Avenue, Suite 535,    Clifton, NJ 07012-1874
518801360      +PNC Bank, National Association,    P.O. Box 94982,    Cleveland, OH 44101-4982
518725059      +Pnc Bank,   2730 Liberty Ave,    Pittsburgh, PA 15222-4747
518725061      +State of New Jersey Division of Taxation,    50 Barrack Street,    Trenton, NJ 08695-0001
518783707      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh, NC 27605-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 03 2020 01:40:49     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 03 2020 01:40:43     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518725052       EDI: BANKAMER.COM Jul 03 2020 04:49:00     Bank Of America,   Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998
518795808       EDI: CRFRSTNA.COM Jul 03 2020 04:48:00     CREDIT FIRST NA,   PO BOX 818011,
                 CLEVELAND,OH 44181-8011
518725053      +EDI: CAPITALONE.COM Jul 03 2020 04:49:00     Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
518778418       EDI: BL-BECKET.COM Jul 03 2020 04:49:00     Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
518725054      +EDI: CITICORP.COM Jul 03 2020 04:49:00     Citibank/Sears,   Attn: Bankruptcy,   Po Box 6275,
                 Sioux Falls, SD 57117-6275
518725055      +EDI: CITICORP.COM Jul 03 2020 04:49:00     Citibank/The Home Depot,
                 Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,   St Louis, MO 63179-0034
518725056      +EDI: CRFRSTNA.COM Jul 03 2020 04:48:00     Credit First National Association,
                 Attn: Bankruptcy,   Po Box 81315,    Cleveland, OH 44181-0315
518725058      +E-mail/Text: bncnotices@becket-lee.com Jul 03 2020 01:39:48     Kohls/Capital One,
                 Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
518782181       EDI: PRA.COM Jul 03 2020 04:48:00     Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank (usa), N.a.,    POB 41067,   Norfolk VA 23541
518726390      +EDI: RMSC.COM Jul 03 2020 04:49:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
518763102      +E-mail/Text: bncmail@w-legal.com Jul 03 2020 01:40:59     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
518725062      +EDI: WTRRNBANK.COM Jul 03 2020 04:48:00     Tnb-Visa (TV) / Target,
                 C/O Financial & Retail Services,    Mailstop BV  PO Box 9475,   Minneapolis, MN 55440-9475
518725063       EDI: WFFC.COM Jul 03 2020 04:48:00     Wells Fargo Dealer Services,   Attn: Bankruptcy,
                 Po Box 19657,   Irvine, CA 92623-9657
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Greymorr LLC,   c/o Pellegrino & Feldstein , LLC,    290 Route 46 West,
                 Denville, NJ 07834-1239
cr*            +PNC BANK, NATIONAL ASSOCIATION,    PO BOX 94982,   CLEVELAND, OH 44101-4982
518866581*     +Greymorr LLC,   c/o Pellegrino &,   Feldstein, LLC,    290 Route 46 West,
                 Denville, NJ 07834-1239
518746050*     +Martone & Uhlmann,   777 Passaic Avenue,    Suite 535,   Clifton, NJ 07012-1874
518725060*     +Pnc Bank,   2730 Liberty Ave,   Pittsburgh, PA 15222-4747
                                                                                   TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2020                                         Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jul 02, 2020
                              Form ID: 148             Total Noticed: 25
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2020 at the address(es) listed below:

```
          Deborah T. Feldstein    on behalf of Creditor    Greymorr LLC dfeldstein@caplaw.net
          Denise E. Carlon    on behalf of Creditor    PNC Mortgage, a Division of PNC Bank, National
           Association dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Frank J Martone    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bky@martonelaw.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Lee Martin Perlman    on behalf of Debtor Justin F. Pfeffer ecf@newjerseybankruptcy.com,
           mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```