Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                      Case No.:  20−12910−JNP
                      Chapter:  13
                      Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Justin F. Pfeffer
   214 Essex Street
   Gloucester City, NJ 08030

Social Security No.:
   xxx−xx−8422

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            10/7/20
Time:           09:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 2, 2020
JAN: kvr

                                                            Jeanne Naughton
                                                            Clerk, U. S. Bankruptcy Court

```
                       United States Bankruptcy Court
                            District of New Jersey
In re:                                                         Case No. 20-12910-JNP
Justin F. Pfeffer                                              Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin               Page 1 of 2          Date Rcvd: Sep 02, 2020
                              Form ID: 132              Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2020.
db             +Justin F. Pfeffer,    214 Essex Street,    Gloucester City, NJ 08030-1009
518725052     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                El Paso, TX 79998)
518795808      CREDIT FIRST NA,    PO BOX 818011,    CLEVELAND,OH 44181-8011
518778418      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518821527      Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD 57108-5027
518725054     +Citibank/Sears,    Attn: Bankruptcy,    Po Box 6275,    Sioux Falls, SD 57117-6275
518725055     +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                St Louis, MO 63179-0034
518725056     +Credit First National Association,    Attn: Bankruptcy,    Po Box 81315,
                Cleveland, OH 44181-0315
518765798    #+Denise Carlon Esquire,    KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,
                Westmont, NJ 08108-2812
518725057     +Gloucester City Tax Collector,    512 Monmouth Street,    Gloucester City, NJ 08030-1793
518813363     +Greymorr LLC,    c/o Pellegrino & Feldstein, LLC,    290 Route 46 West,    Denville, NJ 07834-1239
518746032     +Martone & Uhlmann,    777 Passaic Avenue, Suite 535,    Clifton, NJ 07012-1874
518801360     +PNC Bank, National Association,    P.O. Box 94982,    Cleveland, OH 44101-4982
518725059     +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
518725061     +State of New Jersey Division of Taxation,    50 Barrack Street,    Trenton, NJ 08695-0001
518725062     +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV   PO Box 9475,
                Minneapolis, MN 55440-9475
518783707     +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh, NC 27605-1000
518725063     +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 03 2020 00:43:14      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 03 2020 00:43:12      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518725053      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 03 2020 00:45:03       Capital One,
                Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518725058      +E-mail/Text: PBNCNotifications@peritusservices.com Sep 03 2020 00:42:32       Kohls/Capital One,
                Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
518782181       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 03 2020 00:45:53
                Portfolio Recovery Associates, LLC,    c/o Capital One Bank (usa), N.a.,    POB 41067,
                Norfolk VA 23541
518726390      +E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2020 00:44:15       Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518763102      +E-mail/Text: bncmail@w-legal.com Sep 03 2020 00:43:22      TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Greymorr LLC,    c/o Pellegrino & Feldstein , LLC,    290 Route 46 West,
                Denville, NJ 07834-1239
cr*            +PNC BANK, NATIONAL ASSOCIATION,    PO BOX 94982,    CLEVELAND, OH 44101-4982
518866581*     +Greymorr LLC,    c/o Pellegrino &,    Feldstein, LLC,    290 Route 46 West,
                Denville, NJ 07834-1239
518746050*     +Martone & Uhlmann,    777 Passaic Avenue,    Suite 535,    Clifton, NJ 07012-1874
518725060*     +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
                                                                                TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 02, 2020
                              Form ID: 132             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2020                                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2020 at the address(es) listed below:
          Deborah T. Feldstein    on behalf of Creditor    Greymorr LLC dfeldstein@caplaw.net
          Denise E. Carlon    on behalf of Creditor    PNC Mortgage, a Division of PNC Bank, National
           Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Frank J Martone    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bky@martonelaw.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Lee Martin Perlman    on behalf of Debtor Justin F. Pfeffer ecf@newjerseybankruptcy.com,
           mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 6
```