Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−12910−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Justin F. Pfeffer
   214 Essex Street
   Gloucester City, NJ 08030

Social Security No.:
   xxx−xx−8422

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/1/20.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 1, 2020
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 20-12910-JNP
Justin F. Pfeffer                                                                                        Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 01, 2020 | Form ID: 148 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Justin F. Pfeffer, 214 Essex Street, Gloucester City, NJ 08030-1009 |
| 518765798 | #+ | Denise Carlon Esquire, KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518725057 | #+ | Gloucester City Tax Collector, 512 Monmouth Street, Gloucester City, NJ 08030-1793 |
| 518813363 | + | Greymorr LLC, c/o Pellegrino & Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |
| 518746032 | + | Martone & Uhlmann, 777 Passaic Avenue, Suite 535, Clifton, NJ 07012-1874 |
| 518725059 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 518801360 | + | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101-4982 |
| 518725061 | + | State of New Jersey Division of Taxation, 50 Barrack Street, Trenton, NJ 08695-0001 |
| 518783707 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 01 2020 23:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 01 2020 23:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518725052 | | EDI: BANKAMER.COM | Dec 02 2020 02:38:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998 |
| 518795808 | | EDI: CRFRSTNA.COM | Dec 02 2020 02:38:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OH 44181-8011 |
| 518725053 | + | EDI: CAPITALONE.COM | Dec 02 2020 02:38:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518778418 | | EDI: BL-BECKET.COM | Dec 02 2020 02:38:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518821527 | | EDI: CITICORP.COM | Dec 02 2020 02:38:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518725054 | + | EDI: CITICORP.COM | Dec 02 2020 02:38:00 | Citibank/Sears, Attn: Bankruptcy, Po Box 6275, Sioux Falls, SD 57117-6275 |
| 518725055 | + | EDI: CITICORP.COM | Dec 02 2020 02:38:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518725056 | + | EDI: CRFRSTNA.COM | Dec 02 2020 02:38:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 518725058 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

Case 20-12910-JNP  Doc 39  Filed 12/03/20  Entered 12/04/20 00:21:51  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 01, 2020 | Form ID: 148 | Total Noticed: 25 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 01 2020 23:56:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 518725059 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 01 2020 23:56:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 518801360 | + | Email/Text: Bankruptcy.Notices@pnc.com | Dec 01 2020 23:56:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101-4982 |
| 518782181 | | EDI: PRA.COM | Dec 02 2020 02:38:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518726390 | + | EDI: RMSC.COM | Dec 02 2020 02:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518763102 | + | Email/Text: bncmail@w-legal.com | Dec 01 2020 23:57:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518725062 | + | EDI: WTRRNBANK.COM | Dec 02 2020 02:38:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 518725063 | + | EDI: WFFC.COM | Dec 02 2020 02:38:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Greymorr LLC, c/o Pellegrino & Feldstein , LLC, 290 Route 46 West, Denville, NJ 07834-1239 |
| cr | *+ | PNC BANK, NATIONAL ASSOCIATION, PO BOX 94982, CLEVELAND, OH 44101-4982 |
| 518866581 | *+ | Greymorr LLC, c/o Pellegrino &, Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |
| 518746050 | *+ | Martone & Uhlmann, 777 Passaic Avenue, Suite 535, Clifton, NJ 07012-1874 |
| 518725060 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 03, 2020       Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Deborah T. Feldstein | on behalf of Creditor Greymorr LLC dfeldstein@caplaw.net |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 01, 2020 | Form ID: 148 | Total Noticed: 25 |

Denise E. Carlon
    on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Frank J Martone
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bky@martonelaw.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Lee Martin Perlman
    on behalf of Debtor Justin F. Pfeffer ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6